1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12         Plaintiff,                    STIPULATION AND ORDER EXTENDING TIME
                                         FOR FILING A COMPLAINT FOR FORFEITURE
13         v.                            AND/OR TO OBTAIN  AN INDICTMENT
                                         ALLEGING FORFEITURE
14 APPROXIMATELY $42,687.68 SEIZED
   FROM WELLS FARGO BANK
15 ACCOUNT NUMBER 320-3742212,

16 APPROXIMATELY $1,840.42 SEIZED
   FROM WELLS FARGO BANK
17 ACCOUNT NUMBER 517-7263489,

18 APPROXIMATELY $629.84 SEIZED
   FROM WELLS FARGO BANK
19 ACCOUNT NUMBER 532-7107099,

20 APPROXIMATELY $143.04 SEIZED
   FROM WELLS FARGO BANK
21 ACCOUNT NUMBER 530-4807349,

22 APPROXIMATELY $50.08 SEIZED
   FROM WELLS FARGO BANK
23 ACCOUNT NUMBER 333-4403940, AND

24 APPROXIMATELY $16,566.00 IN
   U.S. CURRENCY,
25
           Defendants.
26

27      It is hereby stipulated by and between the United States of America and potential claimants Pablo

28 Salcedo Jr. and Karina Salcedo ("claimants"), by and through their respective counsel, as follows:

                                         1

1.   On or about September 16, 2020, claimants filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $42,687.68 seized from Wells Fargo Bank Account Number 320-3742212, Approximately $1,840.42 seized from Wells Fargo Bank Account Number 517-7263489, Approximately $629.84 seized from Wells Fargo Bank Account Number 532-7107099, Approximately $143.04 seized from Wells Fargo Bank Account Number 530-4807349, Approximately $50.08 seized from Wells Fargo Bank Account Number 333-4403940, and Approximately $16,566.00 in U.S. Currency, (hereafter "defendant funds"), which were seized on or about June 18, 2020.

2.   The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is December 15, 2020.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///

Stipulation and Order to Extend Time

5.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 12, 2021.

Dated: 12/10/2020                                    McGREGOR W. SCOTT
                                                     United States Attorney

                                            By:      /s/ Kevin C. Khasigian
                                                     KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney


Dated: 12/10/2020                                    /s/ Melissa Dougherty
                                                     MELISSA DOUGHERTY
                                                     Attorney for potential claimants
                                                     Pablo Salcedo Jr. and Karina Salcedo
                                                     Villapudua & Somera, P.C.
                                                     2431 W. March Lane, Suite 220
                                                     Stockton, CA 95207

                                                     (Signature authorized by email)


      **IT IS SO ORDERED**.

Dated: _____            _____

                                                     United States District Judge

3