PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MC-00301-WBS-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $42,687.68 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 320-3742212, | |
| APPROXIMATELY $1,840.42 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 517-7263489, | |
| APPROXIMATELY $629.84 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 532-7107099, | |
| APPROXIMATELY $143.04 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 530-4807349, | |
| APPROXIMATELY $50.08 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 333-4403940, AND | |
| APPROXIMATELY $16,566.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Pablo

Salcedo Jr. and Karina Salcedo ("claimants"), by and through their respective counsel, as follows:

1

1.     On or about September 16, 2020, claimants filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $42,687.68 seized from Wells Fargo Bank Account Number 320-3742212, Approximately $1,840.42 seized from Wells Fargo Bank Account Number 517-7263489, Approximately $629.84 seized from Wells Fargo Bank Account Number 532-7107099, Approximately $143.04 seized from Wells Fargo Bank Account Number 530-4807349, Approximately $50.08 seized from Wells Fargo Bank Account Number 333-4403940, and Approximately $16,566.00 in U.S. Currency, (hereafter "defendant funds"), which were seized on or about June 18, 2020.

2.     The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 15, 2020.

4.     By Stipulation and Order filed December 15, 2020, the parties stipulated to extend to February 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.     By Stipulation and Order filed February 16, 2021, the parties stipulated to extend to April 13, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.     By Stipulation and Order filed April 13, 2021, the parties stipulated to extend to June 11, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.     By Stipulation and Order filed June 11, 2021, the parties stipulated to extend to July 12,

Stipulation and Order to Extend Time

2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.      By Stipulation and Order filed July 13, 2021, the parties stipulated to extend to September 10, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.      By Stipulation and Order filed September 10, 2021, the parties stipulated to extend to October 8, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 8, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 8, 2021.

Dated: 10/7/2021                   PHILLIP A. TALBERT
                                  Acting United States Attorney

                            By:   /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney

Dated: 10/7/2021                   /s/ Melissa Dougherty
                                    MELISSA DOUGHERTY
                                  Attorney for potential claimants
                                  Pablo Salcedo Jr. and Karina Salcedo

                                  (Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: October 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time