1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:20-MC-00301-WBS-CKD

12              Plaintiff,

13        v.                              STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $42,687.68 SEIZED       AND/OR TO OBTAIN AN INDICTMENT
    FROM WELLS FARGO BANK                 ALLEGING FORFEITURE
15  ACCOUNT NUMBER 320-3742212,

16  APPROXIMATELY $1,840.42 SEIZED
    FROM WELLS FARGO BANK
17  ACCOUNT NUMBER 517-7263489,

18  APPROXIMATELY $629.84 SEIZED
    FROM WELLS FARGO BANK
19  ACCOUNT NUMBER 532-7107099,

20  APPROXIMATELY $143.04 SEIZED
    FROM WELLS FARGO BANK
21  ACCOUNT NUMBER 530-4807349,

22  APPROXIMATELY $50.08 SEIZED
    FROM WELLS FARGO BANK
23  ACCOUNT NUMBER 333-4403940, AND

24  APPROXIMATELY $16,566.00 IN
    U.S. CURRENCY,
25
                Defendants.
26

27        It is hereby stipulated by and between the United States of America and potential claimants Pablo

28  Salcedo Jr. and Karina Salcedo ("claimants"), by and through their respective counsel, as follows:

                                          1
                                                          Stipulation and Order to Extend Time

1.      On or about September 16, 2020, claimants filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $42,687.68 seized from Wells Fargo Bank Account Number 320-3742212, Approximately $1,840.42 seized from Wells Fargo Bank Account Number 517-7263489, Approximately $629.84 seized from Wells Fargo Bank Account Number 532-7107099, Approximately $143.04 seized from Wells Fargo Bank Account Number 530-4807349, Approximately $50.08 seized from Wells Fargo Bank Account Number 333-4403940, and Approximately $16,566.00 in U.S. Currency, (hereafter "defendant funds"), which were seized on or about June 18, 2020.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 15, 2020.

4.      By Stipulation and Order filed December 15, 2020, the parties stipulated to extend to February 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed February 16, 2021, the parties stipulated to extend to April 13, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      By Stipulation and Order filed April 13, 2021, the parties stipulated to extend to June 11, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.      By Stipulation and Order filed June 11, 2021, the parties stipulated to extend to July 12,

Stipulation and Order to Extend Time

2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.      By Stipulation and Order filed July 13, 2021, the parties stipulated to extend to September 10, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.      By Stipulation and Order filed September 10, 2021, the parties stipulated to extend to October 8, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10.      By Stipulation and Order filed October 8, 2021, the parties stipulated to extend to November 8, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 8, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

12.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to December 8, 2021.

Dated: 11/5/2021                                   PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                          By:      /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

Dated: 11/5/2021                                   /s/ Melissa Dougherty
                                                   MELISSA DOUGHERTY
                                                   Attorney for potential claimants
                                                   Pablo Salcedo Jr. and Karina Salcedo

                                                   (Signature authorized by phone)


                **IT IS SO ORDERED**.

Dated:  November 8, 2021

                                                   WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time